UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br>     Mien D. Nguyen <br> <br> Debtor(s) | Chapter 13 <br> <br> Case No. 15-17044 |

## CONSENT ORDER RESOLVING OBJECTION OF PNC BANK TO DEBTOR'S MOTION TO RECONSIDER THE MARCH 27, 2019 ORDER DISMISSING THE CHAPTER 13 CASE

Upon the objection of PNC Bank, N.A. ("PNC") to Debtor's Motion to Reconsider the March 27, 2019 Order Dismissing the Chapter 13 Case (the "Motion"), appearing and for cause shown, it is **ORDERED**, as follows:

1. The Objection to the Motion is RESOLVED as set forth herein.

2. PNC's Objection to the Motion is deemed withdrawn.

3. In addition to the sums due to PNC under the Amended Chapter 13 Plan (the "Plan")(Document No. 31), the Debtor shall pay the sum of $4,918.59 directly to PNC, as follows: $2,459.30 within sixty (60) days of the conclusion of the Plan, and $2,459.29 within ninety (90) days of the conclusion of the Plan.

4. PNC will retain its lien against the Debtor's real property until PNC receives payment of its secured claim in full, plus the amounts provided in paragraph 3.

5. If the Debtor defaults on his obligation to make the payments to PNC, to make payments to the Trustee under the Plan, or is otherwise in default of Debtor's obligations under the Plan, PNC may send a notice of default to the Debtor's counsel via email to Brad J. Sadek, Esquire at brad@sadeklaw.com. Any notification of default sent to brad@sadeklaw.com is deemed valid and received upon sending. If the default is not cured within ten (10) days, PNC may file a Certification of Default with the Court, and the Court shall promptly enter an Order granting PNC relief from the automatic stay in order to proceed with enforcement of its rights and remedies under the loan documents, including without limitation a sheriff sale of the debtor's real property.

6. This order is hereby attached and deemed a part of the Debtor's Amended Chapter 13 Plan filed on May 24, 2016 and confirmed on June 28, 2016 (Document No. 31).

Respectfully submitted,

_____
Kristen Wetzel Ladd, Esq.
Unruh Turner Burke & Frees, P.C.
17 W. Gay Street
West Chester, PA 19381
*Counsel for PNC Bank, N.A.*

DATED: 10/23/19

Respectfully submitted,

_____
Brad J. Sadek, Esq.
Sadek and Cooper Law Offices
1315 Walnut Street, #502
Philadelphia, PA 19107
*Counsel for Debtor*

SO ORDERED:

_____
Honorable Jean K. FitzSimon
United States Bankruptcy Court